**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                   PLAINTIFF

v.                                        No. 4:14CR00062 JLH

JOSHUA CHAMBERS                                                                              DEFENDANT

## ORDER

The United States has filed a motion to dismiss the forfeiture allegation regarding a Colt model 1896, .38 caliber revolver, bearing serial number 92580. That motion is GRANTED. Document #14. The forfeiture allegation as to the Colt model 1896, .38 caliber revolver, bearing serial number 92580, is hereby dismissed.

IT IS SO ORDERED this 15th day of May, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE